UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

SCOTTY DALE MOSS,
    Petitioner,

v.    5:23-cv-1600-CLM-GMB

ANTONIO MCCLAIN, et al.,
    Respondents.

## MEMORANDUM OPINION

    The magistrate judge has entered a report, recommending that the court deny Petitioner Scotty Dale Moss's motion to stay or for a continuance (doc. 8) and dismiss Moss's petition for writ of habeas corpus (doc. 1) without prejudice. No objections have been filed.

    After considering the record, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will **DENY** the motion to stay or for a continuance (doc. 8) and **DISMISS** Moss's petition for writ of habeas corpus (doc. 1) **WITHOUT PREJUDICE** for Moss to exhaust his administrative remedies.

    The court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further," *Miller-EL v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). The court finds that the petitioner's claims do not satisfy either standard, so the court will not issue a certificate of appealability.

  The court will enter a separate order that carries out this ruling and closes this case.

  **Done** on April 8, 2024.

              _____
              **COREY L. MAZE**
              UNITED STATES DISTRICT JUDGE